This document was signed electronically on February 15, 2016, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: February 15, 2016



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Curtis Gill | : | Case No.: 15-51744 |
| Michele Gill FKA Michele Knight | : | Chapter 13 |
| | : | Judge Alan M. Koschik |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## AGREED ORDER TO SETTLE OBJECTION
## TO CONFIRMATION OF AMENDED PLAN (DOCKET # 32)

This matter having come before the Court on the Objection to Confirmation of Amended Plan which was filed in this court by Woods Cove III LLC ("Creditor") and it appearing to the Court that the parties have agreed to a course of action for the protection of Creditor; and the Court, being otherwise fully advised in the premises, issues the following Order with respect thereto:

1. Creditor's secured claim in the amount of $4,438.52 at 11.75% for the full 2013 tax certificate price.

15-019707_KDV

2.   Creditor's secured claim in the amount of $2,079.04 at 18.00% for the 2014 tax sub certificate price.

3.   Creditor's secured claim in the amount of $1,116.60 at 0.00% for the pre-petition interest in the amount of $878.74 for claim #7 and $237.86 for claim #8.

4.   Creditor's total estimated unsecured claim is $1,936.00, which represents fees and costs.

5.   All claims shall be paid according to Creditor's Amended Proof of Claims to be filed to reflect these amounts (as may be subsequently amended), subject to objection by Debtor. Confirmation of the Plan shall have no res judicata effect with respect to the amount of the claims of Creditor under 11 U.S.C. § 1327 or other applicable bankruptcy and/or non-bankruptcy law.

###

**SUBMITTED BY:**

/s/ Daniel C. Wolters
Daniel C. Wolters (0076521)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  dcwolters@manleydeas.com
Attorney for Creditor

/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13
Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
Krucinski@ch13akron.com
jferrise@ch13akron.com

Approved by:

/s/ Warner Mendenhall
Warner Mendenhall
The Law Offices of Warner Mendenhall
190 N Union Street #201
Akron, OH  44304
Telephone:  330-535-9160
Fax:  330-762-9743
Email: warnermendenhall@gmail.com
Attorney for Debtor

Copies to:

| | |
|---|---|
| Curtis Gill and Michele Gill<br>FKA Michele Knight<br>Debtor<br>777 Annapolis Ave<br>Akron, OH 44310<br>(notified by regular US Mail) | Curtis  Gill Michele  Gill<br>FKA Michele Knight<br>Debtor<br>777 Annapolis<br>Akron, OH 44310<br>(notified by regular US Mail) |
| Warner Mendenhall<br>Attorney Debtor<br>The Law Offices of Warner Mendenhall<br>190 N Union Street #201<br>Akron, OH 44304<br>warnermendenhall@gmail.com<br>(notified by ecf) | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza<br>Suite 2020<br>Akron, OH 44308<br>efilings@ch13akron.com<br>(notified by ecf) |
| Office of U.S. Trustee<br>Northern District of Ohio<br>Howard Metzenbaum U.S. Courthouse<br>Party of Interest<br>201 Superior Avenue<br>Cleveland, OH 44114<br>(Registered address)@usdoj.gov<br>(notified by ecf) | Daniel C. Wolters<br>Attorney for Creditor<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028<br>dcwolters@manleydeas.com<br>(notified by ecf) |

15-019707_KDV